FILED
AUG 21 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
Northern District of California

In re: NOBLE LANE LLC

Debtor(s)

Case No. 26-30733

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/20/2026

/s/ HARRY NGUYEN
Signature of Individual signing on behalf of debtor

MANAGER
Position or relationship to debtor

Tina Yan
1433 7th ave
San Francisco, CA 94122