Form PMT

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | | |
|---|---|---|
| In Re: | Noble Lane LLC<br>Debtor(s) | Case No.: 26−30733<br>Chapter: 7 |

## ORDER FOR PAYMENT OF FEES IN INSTALLMENTS

The above−named debtor(s) having filed application for permission to pay filing fees in this case in installments,
IT IS ORDERED that the debtor(s) pay fees as follows:

| | | |
|---|---|---|
| Initial Payment | $0.00 paid upon filing | |
| Second Installment | $114.00 on or before | 9/23/26 |
| Third Installment | $112.00 on or before | 10/23/26 |
| Final Installment | $112.00 on or before | 11/23/26 |

IT IS FURTHER ORDERED that all payments be made to the Clerk of the United States Bankruptcy Court at the address shown below, and that until filing fees are paid in full, the debtor(s) shall pay no money and shall transfer no property to his/her attorney, his/her attorney shall accept no money or property from debtor(s) for services in connection with this case.

IT IS FURTHER ORDERED that any objections or motions for changes in the above fee schedule must be filed with Clerk at the address below and will be scheduled for hearing before the undersigned Bankruptcy Judge.

IT IS FURTHER ORDERED that if the installment payments are not timely made, or the entire fee is not paid, in accordance with the terms of this order, this case shall be dismissed without further notice or hearing.

Dated: 8/24/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE MADE IN THE EXACT AMOUNTS. COURT FEES MAY BE PAID ONLINE USING A DEBIT CARD OR PAYPAL VIA PAY.GOV. PAYMENTS MAY ALSO BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS AND CASH ARE NOT ACCEPTED. PLEASE INCLUDE THE DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER WITH ALL PAYMENTS.

**Mailing Address:**
U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

**In person filing via Drop Box:**
U.S. Bankruptcy Court
450 Golden Gate Avenue
(Drop Box on 18th floor)
San Francisco, CA 94102