Form OFRDNI

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Noble Lane LLC<br>Debtor(s) | Case No.: 26−30733 WJL 7<br>Chapter: 7 |

**ORDER FOR NON−INDIVIDUAL(S) IN CHAPTER 7 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL**

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☑ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
- ☑ Summary of Assets and Liabilities for Non−Individuals (Official Form 206SUM)
- ☑ Schedule A/B: Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207)
- ☑ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1)

IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

**Mailing Address:**
U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102

**In person filing via Drop Box:**
U.S. Bankruptcy Court
450 Golden Gate Avenue
(Drop Box on 18th floor)
San Francisco, CA 94102

Dated: 8/24/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge