Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Creditor in Pro Se

FILED

SEP 08 2026 RO

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NOBLE LANE LLC<br><br>Debtor. | Case No.: 26-30733 WJL<br><br>Chapter 7<br><br>**REQUEST FOR DISMISSAL FOR DEBTOR'S FAILURE TO COMPLY WITH AUGUST 24, 2026 ORDER TO FILE REQUIRED DOCUMENTS**<br><br>Dkt. No. 7 |

Creditor Bryant Fu ("Creditor") hereby requests that the Court immediately dismiss the Chapter 7 bankruptcy case of Debtor Noble Lane, LLC ("Debtor") for failure to comply with the Court's August 24, 2026 Order requiring it to file the required documents and notifying Debtor that the case would be automatically dismissed if it did not file all required papers within 14 days of the petition date. (Dkt. No. 7.) Debtor filed a barebones Chapter 7 bankruptcy petition on August 21, 2026. As of this date, more than 14 days from the petition date have elapsed, there have been no requests for extensions or any other activity by Debtor, and none of the documents missing from its petition have been filed. The bankruptcy petition was filed on the eve of Creditor's fraudulent transfer trial in San Francisco Superior Court, without an attorney, for the purpose of stalling the trial. In the interest of preventing further delay to the trial proceedings, Creditor respectfully requests dismissal of this bankruptcy case based on Debtor's failure to comply with the Court's August 24, 2026 Order pursuant to Federal Rule of Bankruptcy Procedure 1007(c).

DATED: September 8, 2026 Respectfully Submitted,

Bryant Fu, Creditor in Pro Se

Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Creditor in Pro Se

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NOBLE LANE LLC<br><br>Debtor. | Case No.: 26-30733 WJL<br><br>Chapter 7 |

**ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO COMPLY**

**Notice is hereby given** that the Debtor failed to comply with the court's Order For Non-Individual(s) In Chapter 7 Case To File Required Documents And Notice of Automatic Dismissal filed on August 24, 2026. (Dkt. 7.)

Accordingly, this case is hereby **ORDERED DISMISSED.**

**IT IS SO ORDERED.**

DATED:

Hon. William J. Lafferty, III
U.S. Bankruptcy Judge



Case: 26-30733 Doc# 11 Filed: 09/08/26 Entered: 09/08/26 10:09:31 Page 2 of 2