Form NDC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Noble Lane LLC<br><br>Debtor(s) | Case No.: 26−30733 WJL 7<br>Chapter: 7 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 08/24/2026. Therefore, it is ordered that this case be **dismissed**.

- ☐ Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee
- ☐ Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full
- ☑ Order to File Required Documents and Notice of Automatic Dismissal
- ☐ Order and Notice Regarding Failure to Pay Filing Fee
- ☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
- ☐ Order Granting the Application to Pay Filing Fee in Installments
- ☐ Other:

Dated: 9/10/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge