# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 9/10/2026 |
| Case: 26−30733 | Form ID: NDC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Paul Mansdorf | paul@mansdorftrustee.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Noble Lane LLC 547 23rd Avenue San Francisco, CA 94122 |
| cr | Bryant Fu 337 28th Avenue San Francisco, CA 94121 |
| smg | Chief Tax Collection Section Employment Development Section P.O. Box 826203 Sacramento, CA 94230 |
| smg | CA Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board Special Procedures Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812−2952 |
| 15945723 | Tina Yan 1433 7th ave San Francisco, CA 94122 |

TOTAL: 6