United States Bankruptcy Court
Northern District of California

In re:
Noble Lane LLC
Debtor

Case No. 26-30733-WJL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-3 | User: admin | Page 1 of 2
Date Rcvd: Sep 10, 2026 | Form ID: NDC | Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noble Lane LLC, 547 23rd Avenue, San Francisco, CA 94121-3005 |
| cr | + | Bryant Fu, 337 28th Avenue, San Francisco, CA 94121-1803 |
| 15945723 | + | Tina Yan, 1433 7th ave, San Francisco, CA 94122-3702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 11 2026 06:42:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 11 2026 06:42:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Sep 11 2026 06:42:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Mansdorf | paul@mansdorftrustee.com Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com |

TOTAL: 2

Form NDC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Noble Lane LLC<br><br>Debtor(s) | Case No.: 26−30733 WJL 7<br>Chapter: 7 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 08/24/2026. Therefore, it is ordered that this case be **dismissed**.

- ☐ Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee
- ☐ Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full
- ☑ Order to File Required Documents and Notice of Automatic Dismissal
- ☐ Order and Notice Regarding Failure to Pay Filing Fee
- ☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
- ☐ Order Granting the Application to Pay Filing Fee in Installments
- ☐ Other:

Dated: 9/10/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge